AO 91 (Rev. 01/09) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Southern District of Ohio

FILED

09 SEP -2 AM 11: 33

MICHAEL R. MERZ
UNITED STATES
MAGISTRATE JUDGE

MICHAEL R. MERZ

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Sean Reed | ) | Case No. 3:09 |
| | ) | |
| | ) | |
| Defendant | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of ___06/05/2009___ in the county of ___Montgomery___ in the ___Southern___ District of

___Ohio___, the defendant violated ___18/21___ U. S. C. § ___924(c)/841 & 846___, an offense described as follows:

See Attachment A

This criminal complaint is based on these facts:

See Attached Affidavit of Rick J. Bergman

☑ Continued on the attached sheet.

_TFO Rick Bergman_
Complainant's signature

Rick J. Bergman, TFO FBI
Printed name and title

Sworn to before me and signed in my presence.

Date: ___September 2, 2009___

Judge's signature

City and state: ___Dayton, Ohio___

The Honorable Michael R. Merz, US Magistrate
Printed name and title

**ATTACHMENT A**

COUNT ONE

[21 U.S.C. § 846]

Between a beginning date unknown, but at least by in or around March 2009, and June 5, 2009, in the Southern District of Ohio, defendants **DWAYNE SMITH, STORM SMITH, SEAN REED**, and **TORY CARTER**, conspired to knowingly and intentionally possess with intent to distribute a mixture or substance containing heroin and marijuana -- Schedule I controlled substances -- in violation of Title 21, United States Code, Sections 841(a)(1).

All in violation of Title 21, United States Code, Section 846.

COUNT TWO

[21 U.S.C. § 841(a)(1)]

On or about June 5, 2009, in the Southern District of Ohio, defendants **DWAYNE SMITH, STORM SMITH, SEAN REED**, and **TORY CARTER**, aiding and abetting each other, knowingly and intentionally possessed with intent to distribute a mixture or substance containing heroin and marijuana -- Schedule I controlled substances.

All in violation of Title 21, United States Code, Section 841(a)(1), Title 18, United States Code, Section 2, and Pinkerton v. United States, 328 U.S. 640 (1946).

<u>COUNT THREE</u>

[21 U.S.C. § 841(a)(1)]

On or about June 5, 2009, in the Southern District of Ohio, defendants **DWAYNE SMITH**, **STORM SMITH**, **SEAN REED**, and **TORY CARTER**, aiding and abetting each other, possessed a firearm in furtherance of a drug trafficking crime for which they may be prosecuted in a court of the United States -- namely, a conspiracy to distribute and possess with intent to distribute a mixture or substance containing heroin and marijuana in violation of 21 U.S.C. §§ 841 and 846.

In violation of Title 18, United States Code, Section 924(c)(1)(A), Title 18, United States Code, Section 2, and <u>Pinkerton v. United States</u>, 328 U.S. 640 (1946).

SOUTHERN DISTRICT OF OHIO

DAYTON, OHIO

AFFIDAVIT

I, Rick J. Bergman, being duly sworn, depose and say:

1.  I am a Task Force Officer of the Montgomery County Sheriff's Office (MCSO), currently assigned to the Federal Bureau of Investigation (FBI) Miami Valley Safe Streets Task Force. I have been employed by the MCSO since September of 1984. As a Task Force Officer of the FBI Safe Streets Task Force, I have received specific training regarding investigations of narcotics and gun offenses. I have personally conducted or been involved in investigations into these types of criminal activities.

2.  All information pertaining to this investigation is not contained herein, only information necessary to establish probable cause that TOREY CARTER, DWAYNE SMITH, SEAN REED, and STORM SMITH have committed violations of Title 21, United States Code, Sections 846 (conspiracy to possess with intent to distribute marijuana and heroin) and 841(a)(1) (possession with intent to distribute marijuana and heroin) and Title 18. United States Code, Section 924(c) (Possession of a Firearm in furtherance of a Drug Trafficking Offense).

3. On March 15, 2009, FBI Task Force Officer (TFO)

1

William Knight received information from a reliable source, hereinafter referred to as Confidential Source One (CS1), concerning drug trafficking activity at 1924 Kensington Drive, Dayton, Ohio. CS1 has previously provided information to TFO Knight which has been corroborated independently. CS1 reported that the occupants of 1924 Kensington Drive were selling narcotics out of the residence. Information provided by CS1 was that both heroin and marijuana were being sold from the residence. CS1 has been inside 1924 Kensington Drive on several occasions, and reported that there was always a firearm inside the residence. The firearms were described by CS1 as being both handguns and long guns, of unknown make or model.

4. On May 8, 2009, Special Agent (SA) Robert Buzzard of the FBI received information from a reliable source, hereinafter referred to as Confidential Source Two (CS2), concerning drug trafficking activities. CS2 has previously provided information to SA Buzzard which has been corroborated independently by your affiant, SA Buzzard and other law enforcement officers. CS2 indicated to SA Buzzard that marijuana and heroin were being sold at 1924 Kensington Drive. CS2 further reported to SA Buzzard that firearms are kept inside of 1924 Kensington Drive to protect the drug trafficking business.

5. On June 3, 2009, TFO Timothy Bilinski located a video, which had been posted on YouTube, which is a public

2

computer internet based video site. The video is titled "SHERN Interview Still Jumpin", and was videotaped in front of 1924 Kensington Drive. During the video, JASON SHERN states that he is in the "trap", which is a slang term for a drug house. JASON SHERN can also be seen holding a suspected marijuana cigarette in his left hand, and DWAYNE SMITH can be seen at one point standing behind JASON SHERN rolling a suspected marijuana cigarette. During the video, SEAN REED is interviewed, and indicates that he is the CEO of "Still Jumpin."

6. Your affiant and members of the Safe Streets Task Force conducted surveillance at various times at 1924 Kensington Drive after the information was obtained from CS1 and CS2. Your affiant and task force members observed high-volume vehicle and foot traffic at the residence which is consistent with a drug house.

7. On June 3, 2009, Task Force Officer (TFO) Timothy Bilinski obtained a search warrant for 1924 Kensington Drive, Dayton, Ohio, 45416. On June 5, 2009, your affiant and other members of the Miami Valley Safe Streets Task Force, executed the search warrant at 1924 Kensington Drive.

8. At the time of the search warrant, TOREY CARTER, DWAYNE SMITH, SEAN REED, STORM SMITH, JAY HOLBERT, and DONALD HARDEN were inside the residence. All individuals were

3

removed from the residence while the search was conducted.

9. Officers and agents located numerous items associated with drug trafficking inside the residence. Specifically, officers and agents located a marijuana grow operation in the south bedroom closet. Inside the closet, there were four marijuana plants growing in plastic pots, a grow lamp, a power booster, a carbon dioxide machine, fertilizer, a fan, water bottles, and other items associated with growing marijuana. Next to the marijuana grow was a small video surveillance monitor. A loaded Remington 12 gauge, Model 870 Express, serial number D392361M, was located between the mattresses of a bed near the marijuana grow.

10. An empty magazine that holds 7.62 ammunition was also found in the south bedroom along with a safe. Inside the safe were documents in the name of DWAYNE SMITH. Those documents included checks in the name of SMITH showing his address as 1924 Kensington Drive. Also found in the south bedroom were pieces of mail in the name of DWAYNE SMITH at 1924 Kensington Drive. DWAYNE SMITH'S Ohio Identification Card also listed his address as 1924 Kensington Drive, Dayton, Ohio.

11. During a search of the front room, officers and agents located a baggie of marijuana on the couch, along with a marijuana grinder. A digital scale was found on the floor next to the front room couch. On the coffee table next to

4

the front room couch was loose marijuana. On the floor in the front room was another small baggie containing marijuana.

12. During a search of the living room, officers and agents located a baggie of marijuana under the living room couch. Next to the living room couch, officers located a baggie containing heroin sitting on a table.

13. During a search of the kitchen area, officers and agents located a digital scale on top of an ironing board. Officers and agents also located a plastic baggie containing heroin in a toilet in the kitchen area. A piece of plastic containing cocaine was located on top of the kitchen cabinet.

14. During a search of the hallway next to the south bedroom, officers and agents located two plastic baggies containing heroin inside a black and white Nike tennis shoe on the floor.

15. During a search of the northeast bedroom, officers and agents located a Remington ammunition box containing .38 caliber ammunition on the window sill.

16. Officers and agents located $530.00 in United States (U.S.) currency in DWAYNE SMITH'S pockets along with his Ohio Identification Card.

17. Officers and agents located $824.68 in U.S.

currency in STORM SMITH'S front pants pocket.  Also located in SMITH'S pockets were three cellular telephones and a book titled, "Hydroponic Basics" which explains the basics of indoor gardening.

18. Officers and agents located keys to the front door lock of 1924 Kensington Drive in TOREY CARTER'S pocket.

19. Officers and agents located $700.00 in U.S. currency and two cellular telephones in DONALD HARDEN'S pockets.

20. Officers and agents located $830.75 in U.S. currency in JAY HOLBERT'S pocket.

21. Officers and agents located $2,353.00 in U.S. currency in SEAN REED'S front pants pocket.

22. Montgomery County Sheriff's Office Deputy J. Campbell and his certified K-9 partner Koda conducted an open air sniff on a 2009 Chevrolet Malibu with Ohio registration DZH8872. The Chevrolet Malibu was parked in front of 1924 Kensington Drive, and the keys to the vehicle had been located in SEAN REED'S pants pocket.  Koda alerted to the presence of narcotics inside the vehicle.  During a subsequent search of the vehicle, officers and agents located a heat-sealed plastic bag containing three individual plastic bags containing marijuana.  Officers and agents also located

two Western Union receipts in the name of SEAN REED.

23. Dep. Campbell also had K-9 Koda conduct an open air search of the money taken from SEAN REED, DWAYNE SMITH, STORM SMITH, DONALD HARDEN, and JAY HOLBERT.  K-9 Koda alerted to the presence of narcotics on the money.

24. All of the suspected narcotics located during the search were submitted to the Miami Valley Regional Crime Laboratory for analysis.  All of the items seized as suspected marijuana tested positive for the presence of marijuana.  All of the items seized as suspected heroin (Schedule I) tested positive for heroin.  One of the items seized tested positive for cocaine (Schedule II).

25. Based on my training and experience, the amounts of heroin and marijuana recovered during these searches were consistent with drug trafficking quantities of narcotics.

26. Criminal history checks were conducted on DWAYNE SMITH, TOREY CARTER, SEAN REED, and STORM SMITH.

27. In February of 2002, DWAYNE SMITH was convicted in Montgomery County Common Pleas Court of ATTEMPTED ROBBERY F-3, under the case number 02-CR-1540/1. In January of 2004, DWAYNE SMITH was convicted in Montgomery County Common Pleas Court of CARRYING A CONCEALED WEAPON (LOADED OR AMMUNITION

READY AT HAND) F-4, under the case number 04-CR-3492.

28. In May of 1993 TOREY A. CARTER was convicted in Montgomery County Common Pleas Court of AGGRAVATED VEHICULAR HOMICIDE F-3, under the case number 93-CR-334. In August of 2005, TOREY A. CARTER was convicted in Montgomery County Common Pleas Court of POSSESSION OF COCAINE (5grams BUT LESS THAN 25grams-OTHER THAN CRACK) F-4, and POSSESSION OF COCAINE (5grams BUT LESS THAN 10grams CRACK) F-3, under the case number 05-CR-2124.

29. In February of 1992 SEAN REED was convicted in Butler County Common Pleas Court of ROBBERY WITH SPECIFICATION F-2, and AGGRAVATED TRAFFICKING F-3, under the case number CR91-12-1022.

30. Based on training and experience, your affiant knows that drug dealers typically carry firearms during and in connection to drug trafficking to protect themselves and their product.

31. Based upon the aforementioned facts, your affiant believes that there is probable cause to believe that TOREY CARTER, DWAYNE SMITH, SEAN REED, and STORM SMITH have committed violations of Title 21, United States Code, Sections 846 (conspiracy to possess with intent to distribute marijuana and heroin) and 841(a)(1) (possession with intent to distribute marijuana and heroin) and Title 18. United

8

States Code, Section 924(c) (Possession of a Firearm in furtherance of a Drug Trafficking Offense).

_____
Rick J. Bergman
Task Force Officer
Federal Bureau of Investigation

Subscribed and sworn to before me this 2d day of September 2009.

_____
Honorable Michael R. Merz
U.S. Magistrate Judge

9